82 097-02

December 12, 2015

Re: Ex parte Tyrone Mitchell/ WR-82,097-02

DEC 16 2015

Dear Clerk,

I am writing to find out what the status is on my writ of habeas corpus filed with this court in 10/2014. I received a card showing it had been filed but have never been contacted since. I have clearly shown that I am actually innocent. But due to the prosecutor's office not fullfilling their duty to resolve my issues I have been unable to receieve any relief.

Abel Acosta, Clerk

I do not have the money to hire a lawyer. All I have wanted is to have the medical examiner re=evaluate the cause of death. Because the lawyer appointed me by the court "works for the court." The medical examiner was not called to testify. The prosecutor and court appointed lawyer "stipulated" to the medical examiner's report. And used a police officer to present "certain portions" to the jury. I did not cause the death of the person who died! But the Court's rely on the findings of the same court that scammed the jury to start with. How am I supposed to get my issue before the courtif the court relies on the lies of the prosecutor to decide my issues?

I want to know if my habeas corpus is being considered as an actual innocence claim? Thanks....

Sincerely,

Milton Tyrone Mitchell

T.DC.J. # 1811062

3001 S. Emily Dr.

Beeville, TX 78102